Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Tampa Division

Case No. 8:21 cv 2553 SDM —cpT

21CF008050A + 8040A

*(to be filled in by the Clerk's Office)*

Jordan Jawon Bell

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Hillsbourough Sheriff office

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.    **The Parties to This Complaint**

   A.    **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

   Name                                          Jordan Jawon Bell

   All other names by which
   you have been known:
   ID Number                                     2021-16690
   Current Institution                           Hillsbourough County Jail
   Address

   _____
   Tampa                      Fl            33619
        *City*                   *State*       *Zip Code*

   B.    **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

   Defendant No. 1
      Name
      Job or Title *(if known)*                  Hillsborough County Sheriff Department
      Shield Number
      Employer
      Address                                    520 N Falkenburg RD.
                                                 Tampa              Fl           33619
                                                    *City*            *State*      *Zip Code*
                                                 ☐ Individual capacity   ☑ Official capacity

   Defendant No. 2
      Name
      Job or Title *(if known)*
      Shield Number
      Employer
      Address

                                                    *City*            *State*      *Zip Code*
                                                 ☐ Individual capacity   ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

_____

| City | State | Zip Code |

☐ Individual capacity   ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

_____

| City | State | Zip Code |

☐ Individual capacity   ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_Cruel and unusual punishment_

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_____NA_____

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Cruel and unusual punishment 8Th civil right

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*  _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____NA_____

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

On July 18th I was moved to pod 4B that night inmates caught

IV. 1 of

my eyes of them sniffing something off their

Jailhouse bed. The next morning july 19Th I

met Dupty Howard and told her about

the strange behavior in the afternoon.

She continued with her work then started

a search for drugs in the pod. The

inmates eventually found out about

me telling Dupty Howard and begin to

gang up on me within the pod. They also

took out all their food items from their

bunks which may have contained drugs.

July 20Th I went out to the rec yard

for my morning workout and inmates wanted →

2 of 9

to fight because the lost, 3 dupties came

to pod unit 4A and grabbed me out of the

rec yard because the pod hated me

for telling the authorities about the

strange behavior. On July 19th I

I was also laced with Ice aka meth

within my coffee. The 3 dupties that

grabbed me and put me another pod's

holding cell. Instead of being put in a

another pod, I was put in to confinement cell

1A in the Bottom corner lefthand side under the stairs
201
with waste on the walls from a previous

inmate. I never left that cell the whole

3 of 4

time I was in confinement, the time I left was to talk

to a member of my former church. I

asked for toilet paper and a tooth brush

multiple times. I asked to take a

shower multiple times. I started to wipe

my rear end with a plastic bag from

lunch and then my sock. They release

me from confinement after I told the

nurse about some personal information

and event that took place. I was sick

with the co-vid after I left, it was about

4 or 5 days I was stuck in the holding cell

I was willing to do anything to get out. →

4 of 4

I was later transfered to pod 7A

that week the pod was put on lockdown

because I spreaded the deadly virus co-vid everybody

was upset with me once again

creating more enemies, in the civil world.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur?

_07/19/2021 - 07/26/2021_

D.      What are the facts underlying your claim(s)? *(For example: What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

_Cruel and unusual punishment in Confinement, Deputy H. Davis_

## V.      Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_Co-vid 19   I did not receive treatment I healed myself._

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

_I would like 2 billion dollars for putting my life at risk_

V. Injuries
   PTSD and despression didn't get meds because
   of fear of the jailhouse treatment.
VI.

   With gang members and sickness for cruel

   and unusual punishment.

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Hillsborough County Jail

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Cruel and unusual punishment and danger of life in civil held

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

NA  I didnt file grievance because fear for my life

2. What did you claim in your grievance?

NA

3. What was the result, if any?

NA

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

First time in jail I told inmates about the event

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.      If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

_Fear for my life and treatment by dupties_

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_Dupty Howard in pod 4B in august maybe the 16th or 17^th_

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_I started talking to inmates about event later to get bullied by dupties_

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_NA_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) ___NA___

Defendant(s) ___NA___

2.   Court *(if federal court, name the district; if state court, name the county and State)*

___NA___

3.   Docket or index number

___NA___

4.   Name of Judge assigned to your case

___NA___

5.   Approximate date of filing lawsuit

___NA___

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.   ___NA___

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

___NA___

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)    _NA_____
     Defendant(s)   _NA_____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     _NA_____

3.   Docket or index number
     _NA_____

4.   Name of Judge assigned to your case
     _NA_____

5.   Approximate date of filing lawsuit
     _NA_____

6.   Is the case still pending?

     ☐ Yes

     ☑ No

     If no, give the approximate date of disposition   _NA_____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     _NA_____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _10/22/21_

Signature of Plaintiff

Printed Name of Plaintiff _Jordan Jawon Bell_

Prison Identification # _2021-16690_

Prison Address _520 N Falkenburg rd,_

_Tampa_          _FL_      _33619_
City            State      Zip Code

### B.   For Attorneys

Date of signing: _____

Signature of Attorney

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____

City          State          Zip Code

Telephone Number _____

E-mail Address _____